IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN ROBERT BROWN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the Plaintiff's motion and with the parties' consent,

IT IS ORDERED:

1) The evidentiary hearing on defendant's Motion to Suppress is continued to October 19, 2010 at 9:00 a.m.

2) The ends of justice served by granting plaintiff's request to change the evidentiary hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the evidentiary hearing, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that a witness is not available until later in October, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 21st day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge