## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN ROBERT BROWN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the Defendant's oral request and with the parties' consent,

IT IS ORDERED:

1)    The defendant's in court hearing is continued  to November 12, 2010 at 9:00 a.m.

2)    The ends of justice served by granting defendant's request to continue the in court hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the hearing, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare for the hearing, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.   18 U.S.C. § 3161(h)(7).

DATED this 15th day of October, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge