IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN ROBERT BROWN,

Defendant.

**4:10CR3067**

**ORDER**

IT IS ORDERED:

1)    Defendant's motion to review detention, (Filing No. 111), is granted.

2)    Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Stephen's Center, Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Stephen's Center facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)    Defendant shall have no contact with Nicole Brummet unless pre-approved by the U.S. Probation Office.

4)    The defendant shall arrive at Stephen's Center by 1:00 p.m. on October 18, 2022. Defense counsel shall communicate with the Marshal to arrange for Defendant's release to Brian Nuss for transport to Stephen's Center.

5)    At the time of defendant's release to treatment, the U.S. Marshal's office shall provide the defendant with a 30-day supply of any currently prescribed medication.

October 13, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge